■ In the Matter of ETHEL MORRIS, Respondent, v. FRANK D. MORRIS, Appellant.— Order of the Family Court, Orange County, dated September 17, 1973, affirmed, without costs. No opinion. Appeal from an order of the same court, dated July 25, 1973, dismissed, without costs, as academic. That order was superseded by the order dated September 17, 1973. Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.